[No. 7605. *En Banc.* February 11, 1910.]

JOSEPH WEST *et al., Plaintiffs and Appellants,* v. L. B. CARTER *et al., Defendants and Appellants.*[1]

Cross-appeals from a judgment of the superior court for San Juan county, Joiner, J., entered January 8, 1908, upon findings of the court, after a trial without a jury, awarding damages to the plaintiffs for false representations upon the sale of land. Reversed upon plaintiff's appeal.

*Frederick R. Burch* and *John A. Saboe,* for plaintiffs.

*T. D. J. Healy* and *J. J. Noethe,* for defendants.

ON REHEARING.

PER CURIAM.—After listening to the argument on rehearing which was granted in this case, the majority of the court are not inclined to disturb the decision heretofore rendered upon the original hearing, in an opinion filed July 17, 1909, *West v. Carter,* 54 Wash. 236, 103 Pac. 21.

[1]Reported in 106 Pac. 900.